UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14022-CR-MARTINEZ/LYNCH(s)(s)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

LONNIE WAITE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on October 24, 2008. A Report and Recommendation was filed on November 6, 2008, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Counts One, Two and Three of the Second Superseding Indictment, each count of which charges the Defendant with transmission or shipping of visual depictions, via interstate commerce, of a minor engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of November, 2008.

                                                     JOSE E. MARTINEZ
                                                     UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office